UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br>v.<br><br>LUIS GUTIERREZ ROSALES,<br><br>                              Defendant. | Case No.: 24-cr-0682-JO<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO PROCEED WITH SENTENCING WITH A CRIMINAL HISTORY REPORT |
|---|---|

On May 21, 2024, the parties filed a joint motion to waive the preparation of a presence report ("PSR") in this case and to proceed with sentencing with a criminal history report ("CHR.") (Dkt. 49.) For good cause shown and based on the joint motion, the Court GRANTS the joint motion to waive the PSR and proceed with sentencing with a CHR. *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020) (Holding that a defendant may waive his right to the preparation of a presentence report under Fed. R. Crim. P. 32). Accordingly, the sentencing with a PSR hearing set for August 9, 2024 is VACATED and a sentencing with a CHR is set for June 28, 2024 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 5/29/24

_____
HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE